UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 14-04586 SJO (RZ)   **DATE:** September 29, 2014

**TITLE:** Moreno v. Ventura County et al.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**        **COUNSEL PRESENT FOR DEFENDANT:**

Not Present                               Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER ADOPTING REPORT AND RECOMMENDATION**
[Docket No. 7]

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Ralph Zarefsky. Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records and files herein, including the August 26, 2014 Report and Recommendation. Plaintiff has not filed an objection to the Report and Recommendation, nor the July 7, 2014 Memorandum and Order Dismissing Complaint with Leave to Amend. (ECF No. 5.)

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) Judgment shall be entered dismissing the complaint and action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation by United States mail on Plaintiff.