O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL MORENO, | ) | CASE NO. CV 14-04586 SJO (RZ) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| VENTURA COUNTY, ET AL., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: October 15, 2014.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE